UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| | : | Criminal No. 20- |
| v. | : | |
| | : | 18 U.S.C. § 371 |
| | : | |
| ALISHAH FARMER | : | |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

1. At times material to this Information:

    a. Defendant ALISHAH FARMER ("FARMER") was employed by the United States Postal Service ("USPS") as a mail carrier at a post office in Passaic, New Jersey, and was assigned to postal delivery routes in Passaic.

    b. Co-conspirator 1 ("CC-1") was a resident of Newark, New Jersey.

    c. Co-conspirator 2 ("CC-2") was a resident of East Orange, New Jersey.

### The Conspiracy

2. From in or about the October 2017 to in or about December 2018, in Passaic and Essex Counties, in the District of New Jersey and elsewhere, defendant

**ALISHAH FARMER**

being a USPS officer or employee, knowingly and intentionally did conspire and agree with CC-1 and CC-2, to embezzle, steal, abstract, and remove from mail, articles and things contained therein, namely, credit cards sent by financial institutions and checks, entrusted to her and which

came into her possession intended to be conveyed by mail, and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the USPS, contrary to Title 18, United States Code, Section 1709.

### Object of the Conspiracy

3. It was the object of the conspiracy for FARMER to steal checks and credit cards issued by financial institutions from the United States mail and deliver most of the stolen credit cards to CC-1 and to deliver most of the stolen checks to CC-2.

### Means and Methods

4. It was part of the conspiracy that:

   a. CC-1 arranged for USPS employees, including FARMER, to steal primarily credit cards sent by United States mail and to deliver the stolen credit cards to CC-1.

   b. CC-2 arranged for FARMER to steal primarily checks sent by the United States mail and to deliver the stolen checks to CC-2.

   c. FARMER removed envelopes containing credit cards and checks from the mail, including from her postal delivery route in Passaic.

   d. FARMER met with CC-1 in Newark to give CC-1 credit cards that FARMER had intercepted and stolen from the mail.

   e. FARMER met with CC-2 in East Orange to give CC-2 checks that FARMER had intercepted and stolen from the mail.

   f. CC-1 and others, knowing that they were not the payees on stolen checks that CC-1 received from FARMER, deposited and attempted to deposit the stolen checks to obtain funds that they were not entitled to receive.

    g. CC-2 and others, knowing that they were not the actual accountholders of stolen credit cards that CC-2 received from FARMER, used and attempted to use the stolen credit cards at retail stores, including stores in New Jersey.

### Overt Acts

  5. In furtherance of the conspiracy and to effect its unlawful object, the following overt acts, among others, were committed in the District of New Jersey:

    a. In or about November 2017, while working as a USPS mail carrier, FARMER removed an envelope containing a check from the mail and delivered the stolen check to CC-2.

    b. In or about December 2018, while working as a USPS mail carrier, FARMER removed an envelope containing a credit card from the mail and delivered the stolen credit card to CC-1.

  In violation of Title 18, United States Code, Section 371.

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney

| CASE NUMBER: 20- | United States District Court<br>District of New Jersey | UNITED STATES OF AMERICA<br>v.<br>ALISHAH FARMER | INFORMATION FOR<br>18 U.S.C. § 371 | CRAIG CARPENITO<br>*UNITED STATES ATTORNEY*<br>*NEWARK, NEW JERSEY*<br><br>JIHEE G. SUH<br>*ASSISTANT U.S. ATTORNEY*<br>*973-645-2836* | |
|---|---|---|---|---|---|