PROB 12A
(6/21)

# United States District Court

для

## District of New Jersey

## Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: Alishah Farmer | Cr.: 20-00003-001 |
| | PACTS #: 6747053 |

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/01/2022

Original Offense:   Conspiracy To Defraud the United States- Conspiracy to Steal Mail as a Postal Employee, in violation of 18 U.S.C. § 371, a Class D Felony.

Original Sentence: 36 months' probation

Special Conditions: Special Assessment, Restitution - Money, Financial Disclosure, Mental Health Treatment, No New Debt/Credit

Type of Supervision: Probation                                    Date Supervision Commenced: 04/01/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"While on probation, you must commit another federal, state, or local crime, must refrain from any unlawful use of a controlled substance and must comply with the standard conditions that have been adopted by this court as set forth below."** |
| | On April 12, 2022, a urine specimen was secured in during a home inspection, which tested positive for marijuana, alcohol, and oxycodone. Prior to securing the urine specimen, Farmer admitted to consuming marijuana and alcohol to aid her ongoing stress from sentencing, and provided a prescription for oxycodone prescribed by her pain management doctor. |

U.S. Probation Officer Action:

The Probation Office will continue to monitor Farmer and will increase random urine testing. In addition, Farmer has been referred for a mental health treatment to assist with the development of appropriate coping skills for ongoing stress. If Farmer continues to test positive, a modification of the conditions of supervision will be recommended to the Court to including substance abuse testing and treatment. Please allow this letter to serve as a formal written reprimand for her positive drug screen.

Prob 12A – page 2
Alishah Farmer

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erin A. DeSilva*

By:   ERIN A. DESILVA
U.S. Probation Officer

/ ead

APPROVED:

*Kevin M. Villa*          6/3/2022

KEVIN M. VILLA          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐  x No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

s/Stanley R. Chesler, U. S. D. J.
Signature of Judicial Officer

6/6/2022
Date